IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :

v.                               :    CRIMINAL NO. DKC 11-0171

DARNELL DAVIS,                   :
RONNELL DAVIS, and
CORTEZ MAURICE MALLORY,          :

...oooOooo...

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, William D. Moomau and Christen A. Sproule, Assistant United States Attorneys for said District, moves this Honorable Court for an order sealing the Indictment in the above-captioned matter for the reason that the defendant Cortez Maurice Mallory, who is not incarcerated, may learn of the indictment and be motivated to flee and avoid apprehension.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _/s/ William D. Moomau_
William D. Moomau
Christen A. Sproule
Assistant United States Attorneys

United States Attorney's Office
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770
(301) 344-4433

ORDERED as prayed, this 11th day of July, 2011.

_/s/ William Connelly_
United States Magistrate Judge